# Arnold, Behrens, Nesbit, Gray, P.C.    24-20062

Certified Public Accountants
901 HAMPSHIRE
QUINCY, IL  62301
Phone:  217-224-7500          FAX:  217-222-7900

|  |  |
|---|---|
| Date: | 01/07/2026 |
| Due Date: | 02/06/2026 |
| Invoice: | 1579599 |

CLINE'S CORNER LLC
C/O WALTER CLINE
25137 OUTER ROAD 27
WAYLAND, MO  63472-4034

ID: 10189

| Description | Amount |
|---|---|
| Consultations with the attorney, and numerous payment calculations for submission to the court | $1,450.00 |
| $200 PER HOUR  7.25 HRS    Billed Time & Expenses | $1,450.00 |
| Invoice Total | $1,450.00 |

Balance is due in 30 days. Payment can be made by check, cash, credit card or debit card.  A 3% Processing Fee will be added to all card transactions. Please return pink copy of this invoice with your remittance.  Interest will be charged at 9% annual beginning 60 days after initial invoice date.

# Arnold, Behrens, Nesbit, Gray, P.C.

Certified Public Accountants
901 HAMPSHIRE
QUINCY, IL  62301

Phone:  217-224-7500          FAX:  217-222-7900

Date:       02/05/2026

CLINE'S CORNER LLC
C/O WALTER CLINE
25137 OUTER ROAD 27
WAYLAND, MO  63472-4034

Due Date:   03/07/2026
Invoice:    1579764

ID: 10189

| | |
|---|---:|
| Professional services rendered in connection with the bankruptcy proceedings including consultations with attorney Steve Levy and various amortization calculations, 8.5 hrs. @ $200. | $1,700.00 |

| | |
|---|---:|
| Billed Time & Expenses | $1,700.00 |
| Invoice Total | $1,700.00 |

Balance is due in 30 days. Payment can be made by check, cash, credit card or debit card.  A 3% Processing Fee will be added to all card transactions. Please return pink copy of this invoice with your remittance.  Interest will be charged at 9% annual beginning 60 days after initial invoice date.