**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MISSOURI**

**NORTHERN DIVISION**

| | |
|---|---|
| In Re:  **Virgil Cline d/b/a CLINE'S CORNER TRUCK WASH and Debbie Cline**<br><br>Debtor(s). | **Case No.: 24-20062**<br>**Chapter 11**<br>Jointly Administered with<br>In re Cline's Corner, LLC,<br><br>**Confirmation Hearing:**<br>**July 27, 2026**<br>11:00 A.M. Central Time<br>Courtroom 7 North<br>Thomas F. Eagleton<br>U.S. Courthouse<br>111 S. 10th Street<br>St. Louis, Missouri 63102 |

**BALLOT REPORT — DEBTOR'S FIRST AMENDED CHAPTER 11, SUBCHAPTER V, PLAN OF REORGANIZATION**

Debtor, Virgil Cline d/b/a Cline's Corner Truck Wash and Debbie Cline, pursuant to L.R. 3018, hereby submits its written summary of the ballots cast on the **Debtor's First Amended Chapter 11, Subchapter V, Plan of Reorganization** (the "Plan"), filed on **June 29, 2026**. By the **July 19, 2026** deadline, **two (2)** ballots were received. Both ballots were submitted by Bank of Monticello, the sole voting creditor — one ballot in Class 1 (Secured Claim) and one ballot in Class 2 (General Unsecured). Both ballots were counted.

1.     **Creditor Acceptances and Rejections**

**[__ACCEPTANCE / REJECTION__]**

a.     **Bank of Monticello — Class 1 (Secured Claim)**

Claim Amount:     **$2,573,713.90**

b.     **Bank of Monticello — Class 2 (General Unsecured)**

Claim Amount:     **$230,539.00 (estimated)**

2.     **Total Dollar Amount of Allowed Claims Voted:**

2,804,252.90

3.     **Dollar Amount of Acceptance(s):**

$0.00

4.     **Dollar Percentage of Acceptances:**

0.00%

5.     **Percentage of Votes Cast in Favor:**

0.00% (0 of 2 ballots cast)

**6.**        **All Ballots Received Were Counted.** Two (2) ballots were received from Bank of Monticello: one in Class 1 (Secured Claim) and one in Class 2 (General Unsecured). Bank of Monticello is the sole creditor that submitted a ballot in this case. Class 1 is impaired. Class 2 is impaired. Acceptance is **NOT** presumed under Bankruptcy Code § 1126 for any impaired class. No other ballots were received from any other class or creditor.

By: /s/Steven A. Levy
**Steven A. Levy, # 61339**
606 W. Washington
Cuba, Missouri 65453
(310) 212-4650
salevy@att.net

### CERTIFICATE OF SERVICE

The foregoing has been served on parties on this 27th  day of July 2026 by filing on the CM/ECF system.

By: /s/Steven A. Levy

**Steven A. Levy, # 61339**